IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------
WENDY LADDY : CASE NO. 4:11 CV 293

                    Plaintiff :

       -vs- : <u>ORDER ADOPTING THE REPORT</u>
: <u>AND RECOMMENDATION AFFIRMING</u>
: <u>COMMISSIONER'S DECISION</u>

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY

                    Defendant
------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

     Plaintiff Wendy Laddy challenged the Commissioner of Social Security's final decision denying her applications for a Period of Disability and Disability Insurance Benefits, and Supplemental Security Income under Titles II and XVI of the Social Security Act. This case was automatically referred to United States Magistrate Judge Vecchiarelli for a Report and Recommendation ("R&R"), pursuant to Local Civil Rule 72.2(b). In her R&R, Magistrate Judge Vecchiarelli found the Commissioner's determination supported by substantial evidence in the record and consistent with applicable, legal standards. Accordingly, she recommends the Commissioner's decision be affirmed.

     No party has objected to the Magistrate Judge's R&R. Therefore, it must be

assumed the parties are satisfied with the Report's conclusion. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, this Court adopts the Magistrate Judge's Report and Recommendation upholding the Commissioner's administrative denial of the plaintiff's applications for a Period of Disability and Disability Insurance Benefits, and Supplemental Security Income under Titles II and XVI of the Social Security Act.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

2